IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER LISENBY, o/b/o G.G., a minor, | : Civil No. 1:24-CV-1656 |
| Plaintiff, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| LELAND DUDEK, Acting Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

AND NOW, this 7th day of May 2025, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

<u>s/ Daryl F. Bloom</u>
Daryl F. Bloom
Chief United States Magistrate Judge